IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **Veteran Innovative Products LLC, Arrowds, LLC, and Matthew Futtere** | § § § § | |
| Plaintiffs, | § § | Case No. 5:25-cv-1089-DAE |
| v. | § § | |
| **Bowmar Archery, LLC, Bowmar Media, LLC, Joshua Bowmar, and David Houser** | § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND SET RESPONSE DATE

Plaintiffs Veteran Innovative Products LLC, dba VIP Archery ("VIP Archery"), Arrowds, LLC, and Matthew Futtere files this Motion for Leave to file its First Amended Complaint against Defendants Bowmar Archer, LLC, Bowmar Media, LLC, Joshua Bowmar, and David Houser. Plaintiffs respectfully request the Court to enter Plaintiff's First Amended Complaint as attached as Exhibit 1.

Plaintiffs filed their Original Complaint on September 2, 2025. Defendants waived the service of summons which was filed on September 5, 2025 making their responsive pleading deadline November 4, 2025. Plaintiff seeks to amend their complaint to clarify its causes of action before Defendants file a responsive pleading. Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs seek leave of Court to file Plaintiffs' First Amended Complaint because Defendants are not opposed to this motion and no party is prejudiced.

Further, in consultation with Defendants at their request, Plaintiffs' request the Court to set Defendants' deadline to file a responsive pleading to Plaintiff's First Amended Complaint to November 21, 2025.

### Certificate of Conference

Counsel for Plaintiffs conferred with Defendant's counsel via email and teleconference during the week of October 27, 2025. Defendants are not opposed to the relief requested herein.

### PRAYER

Plaintiffs respectfully requests the Court grant Plaintiffs' leave to file its First Amended Complaint attached as Exhibit 1 and set Defendants' responsive pleading date to November 21, 2025.

Respectfully Submitted,

By:   /s/ Jason E. McKinnie

**MCKINNIE & PAUL, PLLC**
13333 Blanco Rd., Suite 204
San Antonio, Texas 78216
Telephone:   210-247-2220
JASON E. MCKINNIE
State Bar No. 24070247
Email: jmckinnie@mckinniepaul.com

MICHAEL D. PAUL
State Bar No. 24051171
Email: mpaul@mckinniepaul.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, I emailed the foregoing to opposing counsel pursuant to agreement.

                                                 By:    /s/ Jason E. McKinnie
                                                                       JASON E. MCKINNIE